UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARC ANTHONY EARLEY,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:22-CV-00392-ART-CLB<br><br>**ORDER RE: VIOLATION OF GENERAL ORDER 2021-5**<br><br>[ECF Nos. 17, 19, 22] |

On October 13, 2021, this Court entered General Order No. 2021-05 ("GO 2021-05"), setting forth certain requirements and limitations for filings in Pro Se Inmate Non-Habeas Civil Rights cases. GO 2021-05 § 3(d) expressly states that:

> Parties must not file "notices" or "letters" with the Court unless it is to notify the Court of procedural changes such as changes of address or notices of a change in counsel. Parties must not use notices or letters to ask the Court to rule on a motion. A request for the Court to rule on something must be filed as a motion. Improperly filed "notices" or "letters" will be stricken from the docket.

*Id*. at 4. On May 22, 2023, Plaintiff filed two documents entitled "Notice of Mediation Not Done in Good Faith." (ECF Nos. 17, 19.) Both of these documents were filed in violation of GO 2021-5 § 3(d). Therefore, these documents, (ECF No. 17, 19), are stricken from the record.

Despite Plaintiff's "notices" being filed in violation of GO 2021-5, Defendants improperly filed a "response" to these documents on June 7, 2023. (ECF No. 22.) Therefore, this document, (ECF No. 22), is also stricken from the record.

Both parties are reminded that they are required to follow **all** the Court's Orders, the Local Rules for the District of Nevada, and Rules of Civil Procedure in all filings in this case in the future. Improperly filed documents will be stricken from the record.

**IT IS SO ORDERED.**

**DATED**: _June 8, 2023_.

_____
UNITED STATES MAGISTRATE JUDGE